UNITED STATES DISTRICT COURT

Northern District of California

MICHAEL LAWLER,

          Plaintiff,

   v.

VINCENT TARALLO,

          Defendant.
_____/

No. C 13-03284 MEJ

**ORDER VACATING OCTOBER 17, 2013 CASE MANAGEMENT CONFERENCE**

This matter is set for an initial case management conference on October 17, 2013. Dkt. No. 3. Currently pending before the Court are Defendant's Motions to Dismiss for Improper Venue and for Failure to State a Claim (Dkt. Nos. 5, 6). In light of the pending Motions, the Court **VACATES** the case management conference and joint case management statement filing deadline. The Court will re-set the case management conference after issuing its decision on the pending motions, if necessary.

**IT IS SO ORDERED.**

Dated: October 2, 2013

                                                    _____
                                                    Maria-Elena James
                                                    United States Magistrate Judge